1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>VITAMIN WORLD USA CORPORATION, d.b.a. VITAMIN WORLD, a New York corporation; and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No.: 2:20-cv-01485-MCE-KJN<br><br>CLASS ACTION<br><br>Hon. Judge Morrison C. England, Jr.<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>Complaint Filed: July 22, 2020<br>Trial Date:        None set |

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Valerie Brooks and Defendant Vitamin World USA Corporation, d.b.a. Vitamin World's joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full.  This action is hereby DISMISSED in its entirety and each party shall bear his or its own fees and costs.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  September 6, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE